IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALEXANDER APPEL,

                                                                              Index No. 14-cv-7992 (KPF)

                  Plaintiff,                       **ORDER**

        -against-

THE CITY OF NEW YORK, et al.,

                  Defendants.
------------------------------------------------------------------X

        **WHEREAS**, a settlement has been reached in principle in this action that is agreeable to the parties herein;

        **WHEREAS,** defendant The City of New York condition their processing of said settlement on the receipt of an executed Affidavit of Lien Status by Plaintiff, among other papers;

        **WHEREAS**, the City of New York's Human Resources Administration Department of Social Services has indicated that they will not address a lien request submitted in JUNE of 2015 for an indeterminate additional time in the absence of a Court Order to expedite same; and

        **NOW, THEREFORE, IT IS HEREBY ORDERED**, that the City of New York's Human Resources Administration Department of Social Services address the lien request submitted for Plaintiff Alexander Appel herein on an expedited basis, and deliver the results of same to Plaintiff's Counsel, Stecklow Cohen & Thompson, 217 Centre Street Floor 6, New York, NY 10013, as soon as is practicable.

SO ORDERED:

_____
KATHERINE POLK FAILLA
U.S.D.J